

**FLOWERS** OF JACKSONVILLE

To: Zach Higginbotham
Date: April 12, 2021
Subject: Wedding Position
From: Shelly Hagan

Zach,

On Tuesday, March 23, 2021 – 10:07 a.m. After your surgery, you took extra days off (March 23-24) without communicating to me. In March you requested off 6 days off but took 8 off in total.

April you requested 5 days off, with surgery on April 7th, 2021. Received a text from you on April 9, 2021 stating you would need another two weeks off, putting you out until April 25th, which you had already requested April 22-25th off for another surgery.

You are basically off the whole month of April.

You are not a good fit for my busy customers or management. Your attitude is poor and I have spoken to you about it. Please reference prior write-ups.

Your position is a specialty. One person handles the brides, and this was supposed to be you. I can't have my brides wait a whole month for someone to take care of them, especially in our busy season with the Covid restrictions that have been lifted. We are extremely busy.
All brides need attention, emails answered, phone calls, consults, proposals written up and sent out, payments taken and recorded properly. 30 day finals, getting flower lists to Shane prior, and getting all hard goods gathered prior to each event. It's a full time, 40 hour a week job.

I have to immediately replace you as this position must be filled to run my business in a successful and professional manner, and to keep my brides being serviced in the manner they pay me to.

As of April 12, 2021 you are no longer employed by Jacksonville Flower Market.

We wish you well in your recovery.

*Shelly Hagan*
Shelly Hagan