# VERIFIED RETURN OF SERVICE

| State of Florida | County of | U.S. District Court |
|---|---|---|

Case Number: 3:21-CV-957-BJD-JRK

Plaintiff: **ZACHARY HIGGINBOTHAM**

vs.

Defendant: **FLOWERS OF JACKSONVILLE, LLC, D/B/A JACKSONVILLE FLOWER MARKET**

For:
Wolfgang M. Florin, Esquire
FLORIN GRAY BOUZAS OWENS, LLC
16524 Pointe Village Drive
Suite 100
Lutz, FL 33558

Received by ROBERT L. JONES, INC. on the 29th day of September, 2021 at 10:38 am to be served on **FLOWERS OF JACKSONVILLE, LLC, D/B/A JACKSONVILLE FLOWER MARKET, C/O R/A SHELLY HAGAN, 50 A1A NORTH, SUITE 108, PONTE VEDRA BEACH, FL 32224.**

I, Richard Peterson, do hereby affirm that on the **12th day of October, 2021** at **12:45 pm**, I:

served a Limited Liability Company by delivering a true copy of SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A with date, hour and initials of process server endorsed thereon by me, to: Shelly Hagan as Registered Agent for FLOWERS OF JACKSONVILLE, LLC,, at the address of: 9731 BEACH BLVD., JACKSONVILLE, FL 32246, and informed said person of the contents therein, in compliance with F.S. 48.062.

**Additional Information pertaining to this Service:**
10/1/2021 10:09 am Attempted Service at 50 A1A NORTH, SUITE 108, PONTE VEDRA BEACH, FL 32224 This is Hathaway & Reynolds, PA. Shelly Hagan is no longer here. Server has previously served papers to Flowers of Jacksonville at the retail location 9731 Beach Blvd, Jacksonville, FL 32246.
10/6/2021 11:12 am Attempted Service at 9731 BEACH BLVD., JACKSONVILLE, FL 32246 Sales clerk says either the manager or Hagan has to accept. Both are out of town until next week.
Service perfected at 9731 Beach Blvd, Jacksonville, Fl 32246.

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which service was made. Pursuant to the penalty of perjury laws of this state, I declare that I have read the above and believe it to true and correct.

Richard Peterson
#SPS22

ROBERT L. JONES, INC.
**509 Virginia Lane
Clearwater, FL 33764
(727) 442-9269**

Our Job Serial Number: RLJ-2021012224



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ZACHARY HIGGINBOTHAM | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:21-cv-957-BJD-JRK |
| FLOWERS OF JACKSONVILLE, LLC d/b/a JACKSONVILLE FLOWER MARKET | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

TIME: 12:45pm
DATE: 10-12-21
SERVER: Michael Peterson
ID #: #1074

To: *(Defendant's name and address)*

FLOWERS OF JACKSONVILLE, LLC
d/b/a JACKSONVILLE FLOWER MARKET
c/o Registered Agent, Shelly Hagan
50 A1A North, Suite 108
Ponte Vedra Beach, FL 32224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wolfgang M. Florin, Esquire
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 28, 2021

*Signature of Clerk or Deputy Clerk*

3253

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-957-BJD-JRK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: